## EX PARTE BILL GARRETT.

### No. 3499.   Decided January 17, 1906.

**Local Option—Habeas Corpus—Reduction of Bail—Appeal.**

Where upon habeas corpus it was shown that relator was charged by indictment in seven cases with violating the local option law, and bail fixed at $400 in each case, which the court reduced in one case to $300, and the remaining six to $200 each, and it was made to appear on appeal that appellant was unable to give the amount fixed but could give bond in about $100 in each case, such bail was reduced accordingly.

Appeal from the County Court of Johnson. Tried below before Hon. J. D. Goldsmith.

Appeal from a judgment upon a hearing on a writ of habeas corpus to reduce bail.

The opinion states the case.

No brief for appellant has reached the hands of the Reporter.

*Howard Martin,* Assistant Attorney-General, for the State.

DAVIDSON, PRESIDING JUDGE.—Relator was charged by indictment in seven cases with violating the local option law, and the bond fixed at $400 in each. Writ of habeas corpus was resorted to for the purpose of reduction of the bail. In the trial the court reduced the bail in one case to $300, and the remaining six to $200. each. It is made to appear that appellant was unable to give the amount fixed, but could give bond in about $100 in each case. This case is practically the same as that of Ex parte Henry Finn, decided at the recent Tyler Term, 1905. Without entering further into a discussion of it, we refer to that case as authority for reducing the bail to $100 in each

case mentioned in this record. Upon giving said bond, in accordance with the law, the sheriff will release relator from custody. The judgment is reversed and bail fixed at $100 in each case.

*Reversed and bail reduced.*